Allan B. Cooper (SBN 60862)
acooper@ecjlaw.com
**ERVIN COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone: (310) 273-6333
Facsimile:  (310) 859-2325

Robert J. Burvant
rburvant@kingkrebs.com
**KING, KREBS & JURGENS, PLLC**
201 St. Charles Avenue, Suite 4500
New Orleans, Louisiana  70170
Telephone: (504) 582-3800
Facsimile:  (504) 582-1233

Attorneys for Plaintiff FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR PACIFIC COAST NATIONAL BANK

Peter K. Rosen (SBN 082725)
peter.rosen@lw.com
**LATHAM & WATKINS LLP**
355 South Grand Avenue
Los Angeles, California 90071-2007
Telephone: (213) 485-1234
Facsimile:  (213) 891-8763

Attorney for Defendants COLIN M. FORKNER, MICHAEL V. CUMMINGS, STANLEY M. CRUSE, and DAVID L. ADAMS

Alan A. Greenberg (SBN 150827)
agreenberg@ggtriallaw.com
**GREENBERG GROSS LLP**
650 Town Center Drive, Suite 1750
Costa Mesa, CA 92626
Telephone: (949) 383-2820
Facsimile:  (949) 383-2801

Attorney for Defendants MICHAEL S. HAHN and RICHARD W. GRINYER

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for PACIFIC COAST NATIONAL BANK,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL S. HAHN, COLIN M. FORKNER, MICHAEL V. CUMMINGS, RICHARD W. GRINYER, STANLEY M. CRUSE and DAVID L. ADAMS,<br><br>Defendants. | Case No.  SA-CV-12-1938-AG (MLGx)<br><br>**NOTICE OF SETTLEMENT**<br><br>The Honorable Andrew J. Guilford, United States District Judge<br><br>Trial date:  September 22, 2015 |

Now come the plaintiff herein, the Federal Deposit insurance Corporation as Receiver for Pacific Coast National Bank, and the defendants herein, namely Michael S. Hahn, Colin M. Forkner, Michael V. Cummings, Richard W. Grinyer, Stanley M. Cruse, and David L. Adams, all through undersigned counsel, who hereby provide notice that a settlement has been reached resolving all claims of the parties in the above-captioned proceeding.  Pursuant to the terms of the settlement, counsel anticipate filing for dismissal within 30-45 days of this date.

This 28th day of August, 2015.

/s/Robert J. Burvant
Robert J. Burvant (admitted pro hac vice)
**KING, KREBS & JURGENS, PLLC**
201 St. Charles Avenue, Suite 4500
New Orleans, Louisiana 70170
Telephone: (504) 582-3800
Facsimile: (504) 582-1233
Email: rburvant@kingkrebs.com

Allan B. Cooper (SBN 60862)
**ERVIN COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone: (310) 273-6333
Facsimile: (310) 859-2325
Email: acooper@ecjlaw.com

**Attorneys for the Federal Deposit Insurance Corporation as Receiver for Pacific Coast National Bank**

| /s/ Alan A. Greenberg | /s/ Peter K. Rosen |
|---|---|
| Alan A. Greenberg | Peter K. Rosen |
| **GREENBERG GROSS LLP** | **LATHAM AND WATKINS LLP** |
| 650 Town Center Drive | 355 South Grand Avenue |
| Suite 1750 | Los Angeles, CA 90071-1560 |
| Costa Mesa, CA 92626 | Phone: 213-485-1234 |
| Phone: 949-383-2800 | Fax: 213-891-8763 |
| Fax: 949-383-2801 | Email: peter.rosen@lw.com |
| Email: agreenberg@ggtriallaw.com | |
| **Attorneys for Michael S. Hahn and Richard W. Grinyer** | **Attorney for Colin M. Forkner, Michael V. Cummings, Stanley M. Cruse, and David L. Adams** |

I, Robert J. Burvant, attest that all other signatories listed above concur in this filing's content and have authorized the filing.

/s/Robert J. Burvant

Dated: August 28, 2015