Allan B. Cooper (SBN 60862)
acooper@ecjlaw.com
**ERVIN COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone: (310) 273-6333
Facsimile:  (310) 859-2325

Robert J. Burvant
rburvant@kingkrebs.com
**KING, KREBS & JURGENS, PLLC**
201 St. Charles Avenue, Suite 4500
New Orleans, Louisiana  70170
Telephone: (504) 582-3800
Facsimile:  (504) 582-1233

Attorneys for Plaintiff FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR PACIFIC COAST NATIONAL BANK

Peter K. Rosen (SBN 082725)
peter.rosen@lw.com
**LATHAM & WATKINS LLP**
355 South Grand Avenue
Los Angeles, California 90071-2007
Telephone: (213) 485-1234
Facsimile:  (213) 891-8763

Attorney for Defendants COLIN M. FORKNER, MICHAEL V. CUMMINGS, STANLEY M. CRUSE, and DAVID L. ADAMS

Alan A. Greenberg (SBN 150827)
agreenberg@ggtriallaw.com
**GREENBERG GROSS LLP**
650 Town Center Drive, Suite 1750
Costa Mesa, CA 92626
Telephone: (949) 383-2820
Facsimile:  (949) 383-2801

Attorney for Defendants MICHAEL S. HAHN and RICHARD W. GRINYER

STIPULATION OF DISMISSAL

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SANTA ANA DIVISION

| | |
|---|---|
| FEDERAL DEPOSIT INSURANCE CORPORATION as Receiver for PACIFIC COAST NATIONAL BANK,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL S. HAHN, COLIN M. FORKNER, MICHAEL V. CUMMINGS, RICHARD W. GRINYER, STANLEY M. CRUSE and DAVID L. ADAMS,<br><br>Defendants. | Case No. SA-CV-12-1938-AG (MLGx)<br><br>**STIPULATION OF DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>The Honorable Andrew J. Guilford, United States District Judge |

The Parties hereto, through their undersigned counsel, do hereby stipulate as follows:

That pursuant to the terms of the Parties' settlement agreement and Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the claims of plaintiff, FDIC-R, in the above-captioned proceeding against all the defendants shall be and are hereby dismissed, with prejudice, with each party to bear its own costs.

　/s/ Robert J. Burvant_____
Robert J. Burvant (admitted pro hac vice)
**KING, KREBS & JURGENS, PLLC**
201 St. Charles Avenue, Suite 4500
New Orleans, Louisiana  70170
Telephone: (504) 582-3800
Facsimile:  (504) 582-1233
Email: rburvant@kingkrebs.com

Allan B. Cooper (SBN 60862)
**ERVIN COHEN & JESSUP LLP**
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone: (310) 273-6333
Facsimile:  (310) 859-2325
Email: acooper@ecjlaw.com

**Attorneys for  the Federal Deposit Insurance Corporation as Receiver for Pacific Coast National Bank**

　/s/ Alan A. Greenberg_____
Alan A. Greenberg
**GREENBERG GROSS LLP**
650 Town Center Drive
Suite 1750
Costa Mesa, CA 92626
Phone: 949-383-2800
Fax: 949-383-2801
Email: agreenberg@ggtriallaw.com

**Attorneys for Michael S. Hahn and Richard W. Grinyer**

　/s/ Peter K. Rosen_____
Peter K. Rosen
**LATHAM AND WATKINS LLP**
355 South Grand Avenue
Los Angeles, CA 90071-1560
Phone: 213-485-1234
Fax: 213-891-8763
Email: peter.rosen@lw.com

**Attorney for Colin M. Forkner, Michael V. Cummings, Stanley M. Cruse, and David L. Adams**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

    I, Robert J. Burvant, attest that all other signatories listed above concur in this filing's content and have authorized the filing.

<u>/s/Robert J. Burvant</u>

Dated: September 10, 2015
